IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CYNTHIA Y. LILLY,<br><br>                        Plaintiff,<br><br>  vs.<br><br>PROSPECT EDUCATION, LLC,<br>d/b/a Charter College,<br><br>                       Defendant. | No. 3:21-cv-0233-HRH |

O R D E R

Case Dismissed

In response to the court's case status order of February 9, 2022,[1] plaintiff has filed an updated status report,[2] advising that plaintiff is subject to an arbitration agreement and has agreed to submit her claim against defendant to binding arbitration. Plaintiff moves for dismissal of her complaint without prejudice.

Plaintiff's complaint is dismissed without prejudice, the parties to bear their respective costs and attorney fees.

DATED at Anchorage, Alaska, this  10th  day of February, 2022.

/s/  H. Russel Holland
United States District Judge

---

[1] Docket No. 14.

[2] Docket No. 15.

ORDER – Case Dismissed          - 1 -